**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (*Admitted Pro Hac Vice*)
*rclarkson@clarksonlawfirm.com*
Yana Hart (*Admitted Pro Hac Vice*)
*yhart@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**ROSSBACH LAW, P.C.**
William A. Rossbach
401 North Washington Street
P.O. Box 8988
Missoula, MT 59807-8988
Tel: (406) 543-5156
Fax: (406) 728-8878
Email: bill@rossbachlaw.com

*Counsel for Plaintiff Robert Jones*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | Case No.: 2:24-md-3126-BMM |
| This Document Relates To:<br><br>*Jones v. Snowflake, Inc.,* No. 3:24-cv-5323 | **NOTICE OF WITHDRAWAL OF CERTAIN PRO HAC VICE COUNSEL** |

Pursuant to Local Rule 83.3, Yana Hart and Ryan Clarkson of Clarkson Law Firm, P.C. hereby withdraw as counsel of record for Plaintiff Robert Jones in the above caption matter and case No. 3:24-cv-5323. Mr. Jones has been notified of and consents to this withdrawal. Plaintiff continues to be represented in the above-captioned action by counsel of record William A. Rossbach of Rossbach Law, P.C.

Date: June 16, 2025

Respectfully submitted,

**CLARKSON LAW FIRM, P.C.**

By: _/s/ Yana Hart_
Ryan J. Clarkson, Esq.
Yana Hart, Esq.
22525 Pacific Coast Highway
Malibu CA 90265
Tel. (213) 788-4050
Email: rclarkson@clarksonlawfirm.com
Email: yhart@clarksonlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2025, I electronically filed the foregoing NOTICE OF WITHDRAWAL OF CERTAIN PRO HAC VICE COUNSEL with the Clerk of the U.S. District Court of Montana, Butte Division, using the Court's CM/ECF system, which sent a Notice of Electronic filing to all counsel of record.

By: _/s/ Yana Hart_